AO 442 (Rev. 11/11) Arrest Warrant          23-mj-02987 Otazo-Reyes

FILED BY ____TS____ D.C.
May 24, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

# UNITED STATES DISTRICT COURT
for the
\_\_\_\_\_ District of Nevada \_\_\_\_\_

| | | |
|---|---|---|
| United States of America<br>v.<br>Alan Ray<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   2:21CR00245 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Alan Ray                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Violation of Supervised Release

Date:   05/22/2023   Las Vegas, NV

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____      _____<br>Arresting officer's signature<br><br>_____<br>Printed name and title |

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Alan Ray**

Case Number: **2:21CR00245**

Name of Sentencing Judicial Officer: **Honorable James C. Mahan**

Date of Original Sentence: **February 4, 2022**

Original Offense: **Conspiracy to Possess Counterfeit and Unauthorized Access Devices**

Original Sentence: **20 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **May 15, 2022**

Name of Assigned Judicial Officer: **Honorable James C. Mahan**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition of supervision:

1. **Deportation Compliance** – If you are ordered deported from the United States, you must remain outside the United States, unless legally authorized to re-enter. If you re-enter the United States, you must report to the nearest probation office within 72 hours after you return.

    On or about February 23, 2023, in Broward County, in the Southern District of Florida, Allan Ray was found to be in the Unites States illegally and without the permission of the United States Attorney General, or his designee.

RE: Alan Ray

Prob12C
D/NV Form
Rev. March 2017

## U.S. Probation Officer Recommendation:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **May 18, 2023**

Digitally signed by Landon VanWormer
Date: 2023.05.18 11:21:07 -07'00'

Landon VanWormer
Senior United States Probation Officer

Approved:

Digitally signed by Brian Blevin
Date: 2023.05.18 12:09:36 -07'00'

Brian Blevins
Supervisory United States Probation Officer

## THE COURT ORDERS

☐ No Action.
☒ The issuance of a warrant.
☐ The issuance of a summons.
☐ Other:

Signature of Judicial Officer

May 19, 2023
Date